

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

James Bunk Phelps, Appellant

No. 06-18-00110-CR     v.

The State of Texas, Appellee

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. CR 19,405). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

     As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

     We further order that the appellant, James Bunk Phelps, pay all costs of this appeal.

RENDERED MARCH 6, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk